Philip H. Stillman, Esq., (Cal. Bar No. 152861)
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33139
Telephone: (888) 235-4279
Facsimile:(888) 235-4279
email: pstillman@stillmanassociates.com

Attorneys for Defendant
DON ROBERTO JEWELERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDOVAL, <br> Plaintiff, <br> v. <br> DON ROBERTO JEWELERS, INC., a California corporation; and DOES 1-10, <br> Defendants. | CASE NO.: 5:25-cv-00206-JWH (DTBx) <br><br> **RESPONSE OF PHILIP H. STILLMAN TO THIS COURT'S ORDER TO SHOW CAUSE RE FIRST AMENDED COMPLAINT** <br><br> Action filed: November 25, 2024 <br> Trial Date: Not Set |

On Monday, March 19, 2025, this Court issued an Order to Show cause to both Plaintiff's counsel and to Defendant's counsel regarding whether Plaintiff's untimely attempt to evade federal question jurisdiction was stipulated to by Defendant.

Defendant did *not* agree to Plaintiff filing a First Amended Complaint, and views Plaintiff's attempt to do so as a bad faith attempt to deprive this Court of jurisdiction in favor of what Plaintiff apparently perceives is a more favorable state court venue.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: March 26, 2025

By: _____
Philip H. Stillman, Esq.
Attorneys for Defendant

- 1 -

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on March 26, 2025 or as soon as possible thereafter, copies of the foregoing Response to Court's March 19, 2025 Order to Show Cause was served electronically by ECF.

By: /s/*Philip H. Stilllman*
Attorneys for DON ROBERTO JEWELERS, INC.